IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                        NO. 4:11CR00156-22-JLH

RHANDA RACHAEL RAMEY                                                                          DEFENDANT

**ORDER**

Pending is defendant's Motion for Two Point Reduction based on Sentencing Guideline Amendment 782.

At sentencing, the Court determined that defendant had a total offense level of 25, criminal history category V, and a guideline range of 100-125 months. She was sentenced to 84 months in prison based on a variance by the Court. On May 14, 2014, defendant's sentence was reduced by 30% to 58 months. Document #718.

Under Amendment 782, defendant has a total offense level of 23 and a guideline range of 84-105 months. Because the variance may not be considered here, defendant is entitled to only a 30% reduction below the low-end of the new range.[1] However, defendant's original sentence was the same as the low-end of the new range, so she does not benefit from Amendment 782. Accordingly, defendant's Motion for Two Point Reduction is DENIED. Document #789.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] U.S. SENTENCING GUIDELINES MANUAL § 1B1.10(b)(2) (2015).